

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2019

No. 04-18-00916-CV

Caleb **ANKHAMEN,**
Appellant

v.

**VIEW AT ENCINO COMMONS,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV04051
Honorable Timothy Johnson, Judge Presiding

# O R D E R

Appellant's brief was due February 27, 2019. Neither the brief nor a motion for extension of time has been filed.

We **order** appellant, Caleb AnkhAmen, to file, **by March 18, 2019,** appellant's brief and a written response reasonably explaining his failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, the appeal may be dismissed for want of prosecution without further notice. *See* TEX. R. APP. P. 38.8(a).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court